**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

September 11, 2012

Writer's Direct Contact
415.268.6148
RKaufman@mofo.com

By Fax

Honorable Victor Marrero
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007
Fax: (212) 805-6382

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/12

Re: *Cohen v Capital One, N.A.*, Case No. 1:12-cv-5368-VM

Dear Judge Marrero:

I represent Defendant Capital One in this matter. Due to a scheduling conflict, I write to request that the initial case management conference, currently set for October 5, 2012, be adjourned to October 19, 2012. There have been no prior requests for an adjournment in this case. Plaintiff's counsel, Shimshon Wexler, has consented to this adjournment.

Sincerely,

Rebekah Kaufman /ame

Rebekah Kaufman

cc: Shimshon Wexler, Counsel for Plaintiff (by fax)

Request GRANTED. The *initial* conference herein is rescheduled to 10-19-12 at 4:00 p.m.

SO ORDERED.

9-12-12
DATE      VICTOR MARRERO, U.S.D.J.

sf-3193569