UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ITA COHEN,

                          Plaintiff,

          -against-

CAPITAL ONE, N.A.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/10/13

12 Civ. 5368 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 7, 2013, the Court began a bench trial in the above-captioned matter.  The Court continued the bench trial to January 30, 2013 at 3:00 p.m.  It is hereby

**ORDERED** that Plaintiff Ita Cohen is directed to appear before the Court for the continuation of the bench trial in this matter on **January 30, 2013 at 3:00 p.m.** in **Courtroom 11B** at the United States Courthouse, 500 Pearl Street, New York, New York.


SO ORDERED:

Dated:    New York, New York
          10 January 2013

                                   Victor Marrero
                                   U.S.D.J.